ALEXANDER KOVACH, PLAINTIFF-PETITIONER, v. GEORGE KOVACS, *ET AL.*, DEFENDANTS-RESPONDENTS.

On petition for certification to Superior Court, Appellate Division.

See same case below: 37 *N. J. Super.* 133.

*Messrs. Weiner & Weiner* for the petitioner.

*Messrs. Fox & Schackner* for the respondent Richard E. Everett.

*Mr. Albert M. Neiss* and *Mr. Frederick C. Vonhof* for the respondent George Kovacs.

January 30, 1956. Denied.

JUDITH SHEILA LIPPMAN, *ET ALS.*, PLAINTIFFS-PETITIONERS, v. ALFRED C. OSTRUM, *ET AL.*, DEFENDANTS-RESPONDENTS.

On petition for certification to Superior Court, Appellate Division.

*Messrs. Adler & Adler, Mr. Maurice C. Brigadier* and *Mr. Seymour Margulies* for the petitioners.

*Messrs. Emory, Langan, Lamb & Blake, Mr. Charles W. Broadhurst, Mr. Charles C. Shenier* and *Mr. George F. Losche* for the respondents.

February 6, 1956. Granted.